# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE DELTA PRODUCE, L.P., ET AL., | § § § | Bankruptcy No. 12-50073-cag |
| Debtors. | | |
| KINGDOM FRESH PRODUCE, ET AL., | § § | |
| Appellants, | § | |
| v. | § § | CIVIL NO. 5:14-cv-00022-DAE |
| BEXAR COUNTY, ET AL., | § § | |
| Appellees. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Stokes Law Office LLP serving as Special PACA Counsel (the Appellant), by and through its undersigned counsel, pursuant to FRAP 3(a)(1), FRAP 4, 28 U.S.C. § 1291, and 28 U.S.C. § 1292(a) hereby appeals to the United States Court of Appeals for the Fifth Circuit from the September 22, 2014 [D.E. #15] Memorandum Opinion and Order Vacating the Bankruptcy Court's Order Granting Special PACA Counsel's Third Interim Application for Fees.

Date: September 23, 2014.

                                        Respectfully submitted,

                                        STOKES LAW OFFICE LLP
                                        3330 Oakwell Court, Suite 225
                                        San Antonio, TX 78218
                                        Telephone (210) 804-0011
                                        Facsimile (210) 822-2595

                                        By: /s/ Craig A. Stokes_____
                                              Craig A. Stokes – SBN 19267700
                                              cstokes@stokeslawoffice.com
                                              *Special PACA Counsel*

## **CERTIFICATE OF SERVICE**

      I, Craig A. Stokes, certify that I caused to be served the foregoing Notice of Appeal upon all parties of record via operation of this court's electronic case filing/case management system, on this the 23rd day of September, 2014.

                                       *s/* Craig A. Stokes_____
                                       Craig A. Stokes