## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 03, 2014

Mr. Craig Alan Stokes
Stokes Law Office, L.L.P.
3330 Oakwell Court
Suite 225
San Antonio, TX 78218-0000

    No. 14-51079    Kingdom Fresh Produce, Inc., et al v. Delta
                     Produce, L.P.
    USDC No. 5:14-CV-22

Dear Mr. Stokes,

We have docketed the appeal as shown above, and ask you to use the case number in future inquiries.  You can obtain a copy of our briefing checklist on the Fifth Circuit's website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf".

Briefing Notice. The record is complete for purposes of the appeal, see FED R. APP. P. 12.  Appellant's brief and record excerpts are due within 40 days of the date shown above, see FED R. APP. P. & 5TH CIR. R. 28, 30, and 31.  See also 5TH CIR. R. 30.1.2 and 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts. [If required, **electronic copies MUST be in Portable Document Format (PDF).**]

Policy on Extensions. The court grants extensions sparingly and under the criteria of 5TH CIR. R. 31.4.  You must contact opposing counsel and tell us if the extension is opposed or not.  5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

Reply Brief. We do not send cases to the court until all briefs are filed, except in criminal appeals.  Reply briefs must be filed within the 14 day period of FED R. APP. P. 31(a)(1).  See 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief, and the format.

**Brief Covers.** THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). **YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.**

<u>Dismissal of Appeals.</u> The clerk may dismiss appeals **without notice** if you do not file a brief on time.

<u>Appearance Form.</u> If you have not electronically filed a "Form for Appearance of Counsel", you must do so within 14 days from this date.  You must name each party you represent, See F<small>ED</small> R. A<small>PP</small>. P. and 5<small>TH</small> C<small>IR</small>. R. 12.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

**New Guidance Regarding Citations in Pleadings.**

The court has approved an amendment to 5<small>TH</small> C<small>IR</small>. R. 28.2.2 granting the Clerk the authority to create a standard format for citation to the electronic record on appeal.  You must use the new citation format when citing to the electronic record on appeal.

    A. In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number.  For example, "ROA.123."

    B. For multiple record cases, cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record referenced, followed by a period, followed by the page of the record.  For example, "ROA.13-12345.123."

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number.  If you wish to receive exhibits, you must specifically request them.  The district court will charge your account for shipping you the record on appeal.  In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you.  CJA counsel may add these shipping fees to their vouchers.

**Once you obtain the record, you should check it within 14 days of receipt for any missing or incomplete items.  If you need to request a supplemental record or order transcripts, do so promptly.  The court will not grant extensions of time to file your brief because you did not timely check the record.**

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                    By: /s/Shawn Henderson
                                    Shawn Henderson, Deputy Clerk
                                    504-310-7668

Enclosure(s)

cc w/encl:
    Mr. James S. Wilkins

                            Case No. 14-51079

In the Matter of:  DELTA PRODUCE, L.P.; STACI PROPERTIES, LIMITED,

        Debtors

------------------------------

KINGDOM FRESH PRODUCE, INCORPORATED; I. KUNIK COMPANY, INCORPORATED; FIVE BROTHERS JALISCO PRODUCE COMPANY, INCORPORATED, doing business as Bonanza 2001; RIO BRAVO PRODUCE, LIMITED L.L.C.; G.R. PRODUCE, INCORPORATED,

        Appellees

v.

STOKES LAW OFFICE, L.L.P.,

        Appellant