UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | CV. NO. 5:14-CV-000022 - DAE |
| DELTA PRODUCE, LP, et al., ) | Bankr. No. 12-50073-a998 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| KINGDOM FRESH PRODUCE, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | |
| ) | |
| BEXAR COUNTY, et al., ) | |
| ) | |
| Appellees. | |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Kingdom Fresh Produce, Inc., I Kunik Company, Inc., Five Brothers Jalisco Produce, Inc. d/b/a Bonanza, Rio Bravo Produce Ltd Co., LLC, and G.R. Produce, Inc., by and through their undersigned counsel, pursuant to FRAP 3(a)(1), FRAP 4(a)(3), 28 U.S.C. § 1291, and 28 U.S.C. § 1292(a) hereby cross-appeals to the United States Court of Appeals for the Fifth Circuit from the September 22, 2014 Memorandum Opinion and Order [DE #15].

Date: October 7, 2014               Respectfully Submitted,

KINGDOM FRESH PRODUCE, INC., I.KUNIK CO., INC., FIVE BROTHERS JALISCO PRODUCE CO. INC d/b/a BONANZA 2001, RIO

1

BRAVO PRODUCE LTD. CO., LLC, & G.R. PRODUCE, INC.
By: /s/ Scott E. Hillison, Esq.
    One of Their Attorneys

Scott E. Hillison, Esq.
KEATON LAW FIRM, P.C.
707 Lake Cook Road, Suite 300
Deerfield, Illinois 60015
Tel: 847/934-6500
Fax: 847/ 934-6508
E-mail: hillison@pacatrust.com
*Admitted Pro Hac Vice*
*Counsel for the Kingdom Fresh Group*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

By: / s/ Scott E. Hillison, Esq.