Case No. 14-51079

In the Matter of: DELTA PRODUCE, L.P.; STACI PROPERTIES, LIMITED,

        Debtors

------------------------------

KINGDOM FRESH PRODUCE, INCORPORATED; I. KUNIK COMPANY, INCORPORATED; FIVE BROTHERS JALISCO PRODUCE COMPANY, INCORPORATED, doing business as Bonanza 2001; RIO BRAVO PRODUCE, LIMITED L.L.C.; G.R. PRODUCE, INCORPORATED,

        Appellees Cross-Appellants

v.

STOKES LAW OFFICE, L.L.P.,

        Appellant Cross-Appellee

--------------------------------------------------
Consolidated with
14-51080
--------------------------------------------------

In the Matter of: DELTA PRODUCE, L.P.; SUPERIOR TOMATO-AVOCADO, LIMITED; ATLED, LIMITED; STACI PROPERTIES, LIMITED,

    Debtors

------------------------------

KINGDOM FRESH PRODUCE, INCORPORATED; I. KUNIK COMPANY, INCORPORATED; FIVE BROTHERS JALISCO PRODUCE COMPANY, INCORPORATED, doing business as 300Bonanza 2001; RIO BRAVO PRODUCE, LIMITED L.L.C.; G.R. PRODUCE, INCORPORATED,

    Appellees

v.

STOKES LAW OFFICE, L.L.P.,

    Appellant