# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

Revised Letter: October 29, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-51079   Kingdom Fresh Produce, Inc., et al v. Delta Produce, L.P.
               USDC No. 5:14-CV-22
               USDC No. 5:12-CV-1127

The court has granted the motion to consolidate appeals 14-51079 and 14-51080 and has granted an extension of time to file appellant's brief in 14-51079 until December 8, 2014.

A revised caption is attached and should be used on all future filings.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shawn D. Henderson, Deputy Clerk
                              504-310-7668

Ms. Maurleen Worley Cobb
Mr. Michael John Keaton
Mr. Mark Charles Hewitt Mandell
Mr. William Putnicki
Mr. Craig Alan Stokes
Mr. James S. Wilkins