# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 10, 2014

Mr. Mark Charles Hewitt Mandell
42 Herman Thau Road
Annandale, NJ 08801

    No. 14-51079 cons w/14-51080  Kingdom Fresh Produce, Inc., et al v. Delta        Produce, L.P.
          USDC No. 5:14-CV-22
          USDC No. 5:12-CV-1127

Dear Mr. Mandell,

The following pertains to your record excerpts electronically filed on December 8, 2014.

You must submit the four (4) paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents. See 5TH Cir. R.30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Shawn D. Henderson, Deputy Clerk
          504-310-7668

cc:
    Ms. Maurleen Worley Cobb
    Mr. Michael John Keaton
    Mr. Craig Alan Stokes
    Mr. James S. Wilkins