# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

Corrected Letter:  December 10, 2014

Mr. Mark Charles Hewitt Mandell
42 Herman Thau Road
Annandale, NJ 08801

        No. 14-51079 cons w/14-51080  Kingdom Fresh Produce, Inc.,
     et al v. Delta      Produce, L.P.
                    USDC No. 5:14-CV-22
                    USDC No. 5:12-CV-1127

Dear Mr. Mandell,

The following pertains to your record excerpts electronically
filed on December 8, 2014.

Your record excerpts are in excess pages.  Your motion to file
your record excerpts in excess of the page limit is pending with
the court.  Until the court rules on your motion, no paper copies
are due at this time.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Shawn D. Henderson, Deputy Clerk
                         504-310-7668

cc:
     Ms. Maurleen Worley Cobb
     Mr. Michael John Keaton
     Mr. Craig Alan Stokes
     Mr. James S. Wilkins