## *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

December 10, 2014

Mr. Mark Charles Hewitt Mandell
42 Herman Thau Road
Annandale, NJ 08801

    No. 14-51079   Kingdom Fresh Produce, Inc., et al v. Delta Produce, L.P.
                          USDC No. 5:14-CV-22
                          USDC No. 5:12-CV-1127

Dear Mr. Mandell,

The following pertains to your brief electronically filed on December 8, 2014.

We filed your brief. However, you must make the following corrections within the next 14 days.

Opposing counsel's briefing time continues to run.

You need to correct or add:

Record References: Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. Although your brief contains citations to the record, they are not in proper form. (See 5TH CIR. R. 28.2.2)

Once you have prepared your sufficient brief, you must email it to: Shawn_Henderson@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Shawn D. Henderson, Deputy Clerk
                                        504-310-7668

cc:
    Ms. Maurleen Worley Cobb
    Mr. Michael John Keaton
    Mr. Craig Alan Stokes
    Mr. James S. Wilkins