## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 11, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-51079   Kingdom Fresh Produce, Inc., et al v. Delta
                           Produce, L.P.
                           USDC No. 5:14-CV-22
                           USDC No. 5:12-CV-1127

The court has granted an extension of time to and including March 23, 2015 for filing cross appellee's brief in 14-51079 and reply brief of appellant in 14-51080.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa B. Courseault, Deputy Clerk
                                      504-310-7701

Mr. Bartholomew M. Botta
Ms. Maurleen Worley Cobb
Mr. Michael John Keaton
Mr. Mark Charles Hewitt Mandell
Mr. Craig Alan Stokes
Mr. James S. Wilkins